IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

**FILED**

JUL 03 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

CLINTON STRANGE,

Plaintiff

**W18CA180**

v.


GLOBAL VIRTUAL OPPORTUNITIES, INC.,

Defendant

**Civil Action:**

**Complaint for Violations of the:**

**Telephone Consumer Protection Act 47 U.S.C. § 227**

)

**DEMAND FOR JURY TRIAL**

)

**Preliminary Statement:**

This is an action brought by an adult individual who is a natural person against Defendant Global Virtual Opportunities, Inc. for violations of the Telephone Consumer Protection Act of 1991 ("TCPA"), under U.S Federal Statutes:

Telephone Consumer Protection Act 47 U.S.C. § 227(c)(5);

Telephone Consumer Protection Act 47 U.S.C. § 227(b)(1)(a)(iii);

Telephone Consumer Protection Act 47 U.S.C. § 227(b)(3)(B);

Telephone Consumer Protection Act 47 U.S.C. § 227(b)(3)(C);

Telephone Consumer Protection Act 47 U.S.C. § 227(e)(1);

&

Telephone Consumer Protection Act 47 U.S.C. § 227(f)(2).

**Jurisdiction of this Court Arises Under:**

Telephone Consumer Protection Act 47 U.S.C. § 227,

Because the action brought involves Federal Question Jurisdiction which specifically might be found at:

Telephone Consumer Protection Act 47 U.S.C. § 227(f)(2).

**Venue Lies Properly in This Court:**

Pursuant to 47 U.S.C. § 227(g)(4) & 28 U.S.C § 1391.

**Parties:**

Plaintiff is an adult individual residing at 7021 Winburn Drive, Greenwood, LA 71033.

Defendant Global Virtual Opportunities, Inc. is a Delaware Corporation Domiciled in the State of Texas and whose Principal Place of Business according to The Office of the Comptroller for the State of Texas is:

GLOBAL VIRTUAL OPPORTUNITIES, INC.

6701 GUADA COMA DRIVE

SCHERTZ, TX 78154

& whose registered agents are:

In Texas:

J. Bradley Jones

2161 North West Military Highway #400

San Antonio, TX 78213

In Delaware:

CORPOMAX INC.

2915 OGLETOWN ROAD

NEWARK, DE 19713

Factual Allegations:

1. Plaintiff's wireless cellphone number 318-423-5057 has been registered on the Federal Do-Not-Call Registry since 01/03/2018 *See Exhibit A.*

2. Plaintiff does not like to receive phone calls, texts, or SMS/MMS messages on his cellphone because they "intrude on his seclusion and violate his rights to privacy guaranteed under the U.S. Constitution", and further deplete plaintiff's memory storage capacity, deplete Plaintiff's battery level on his cellphone, and require him to use a measurable amount of mental and physical energy to review the contents of the unwanted SMS text spams. Plaintiff alleges that [he] has Article III standing as a result of Defendant's alleged conduct.

3. Plaintiff Clinton Strange is the wireless cellphone subscriber to the number 318-423-5057, and is financially responsible for the Verizon Account.

4. Plaintiff alleges that the Defendant or alternatively a 3rd Party Marketing Company hired by the Defendant sent more than one text message to the Plaintiff on his cellphone number 318-423-5057 within a 12-month period.

5. Plaintiff alleges that Defendant or alternatively a 3rd Party Marketing Company hired by the Defendant utilized an Automatic Telephone Dialing System ("ATDS") to send unwanted / unsolicited SMS / MMS text spam messages to Plaintiff's cellphone number 318-423-5057.

6. Plaintiff alleges that he received an unwanted SMS/MMS text spam message on his cellphone number 318-423-5057 on 05/14/2018 at 6:25pm CDT from 706-661-4792. The message read as follows:

    "I hope you got my very last text message, I have been doing this for a month, Cha-Ching!
    Click Here:
    amazinmoneybiz.us/qdmq?c=1p0kf7".

7. The SMS/ MMS text spam message did not contain opt-out instructions.

8. The SMS text spam that Plaintiff alleges he received and can document is submitted as *Exhibit B.*

9. The text spam in Exhibit B references another text spam message that Plaintiff is unable to document at this time but believes he will be able to find proof of it and/ or others during discovery as the Text message sent on 05/14/2018 refers to [it].

10. Plaintiff sometime later after receiving the unwanted SMS text spam 'clicked' on the link provided in the text and it navigated him to the 'sites' as follows:

*See Exhibit C;*

*See Exhibit D;*

*&*

*See Exhibit E.*

Plaintiff 'clicked' on the links only to discover who was texting [him] in order to convey a 'Do-Not-Call request/ Stop texting me' Demand.

11. The Webpage in Exhibit E is operated by the Defendant, and lists the Defendant's address [matching] as listed with The State of Texas:

6701 Guada Coma Dr.

Schertz, Tx 78154

12. The Plaintiff drafted a letter (See *Exhibit F)* and dispatched it to the Defendant on 05/15/2018. Defendant responded to Plaintiff in an email dated 05/31/2018 at 4:53pm CDT from 'Ilona Therien' that "our office" had received the letter (Exhibit F), and "Please do not hesitate to contact me if the messages you were receiving have not stopped." *See Exhibit G.*

13. Plaintiff understands that by the statement in the email (Exhibit G) that the Defendant has control over the SMS Text Spam Plaintiff alleges to have received from the Defendant, or alternatively from a 3rd Party Marketing Company hired by the Defendant.

14. Defendant sent an email to the Plaintiff on 06/06/2018 at 10:05am which stated in part:

"We reached out to a few marketing firms promoting our products…"

*See Exhibit H.*

15. Defendant sent an email to the Plaintiff on 06/06/2018 at 1:33pm CDT and it stated in part:

"Not sure if you know how a network works but this is the network we use https://nexusoffers.com/    " *See Exhibit I.*

16. Plaintiff alleges that although Defendant claims [it] did not directly send the unwanted Text Spam messages to Plaintiff's cellphone number 318-423-5057 they are still liable to the Plaintiff as the messages:

a- Were sent on behalf of the Defendant *See Exhibits C,D, & E.*

b- The Defendant would benefit from the 'outcome' of the 'sent spam texts'.

    c- Defendant did "reach out to" 3rd Parties to promote their products *See Exhibits H & I.*

    d- Defendant had 'control' over sent text messages sent to Plaintiff's cellphone number 318-423-5057 *See Exhibit G.*

17. The Telephone Consumer Protection Act 47 U.S.C. § 227(b)(1)(a)(iii) states in part that:

**(b)RESTRICTIONS ON USE OF AUTOMATED TELEPHONE EQUIPMENT**
**(1)PROHIBITIONS** It shall be unlawful for any <u>person</u> within the <u>United States</u>, or any person outside the <u>United States</u> if the recipient is within the <u>United States</u>
**(A)**to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any <u>automatic telephone dialing system</u> or an artificial or prerecorded voice

**iii)**
to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio <u>common carrier</u> service, or any service for which the called party is charged for the call, unless such call is made solely to collect a debt owed to or guaranteed by the United States

18. The Telephone Consumer Protection Act 47 U.S.C. § 227(c)(5) states in part that:

**(c)PROTECTION OF SUBSCRIBER PRIVACY RIGHTS**

**(5)PRIVATE RIGHT OF ACTION** A <u>person</u> who has received more than one telephone call within any 12-month period by or on behalf of the same entity in violation of the regulations prescribed under this subsection may, if otherwise permitted by the laws or rules of court of a State bring in an appropriate court of that State—
**(A)**
an action based on a violation of the regulations prescribed under this subsection to enjoin such violation,

**(B)**
an action to recover for actual monetary loss from such a violation, or to receive up to $500 in damages for each such violation, whichever is greater, or

**(C)**
both such actions.

19. Courts have upheld that Defendant's are liable for the actions of 3rd parties when [they] hire 3rd party companies to market their products and services. *See Krakauer v. Dish Network LLC,* No. 1:14-CV-00333, M.D.N.C.;
    &
    *United States of America et al v. Dish Network LLC,* No. 3:09-CV-03073, C.D. Ill.

20. The term "'agency' means more than mere passive permission; it involves request, instruction, or command." *See Taco Bell I,* 879 F. Supp. 2d at 1084.

21. The Telephone Consumer Protection Act 47 U.S.C. § 227**(e)(1) states in part that:**
    **(1)IN GENERAL**

It shall be unlawful for any <u>person</u> within the <u>United States</u>, in connection with any <u>telecommunications service</u> or IP-enabled voice service, to cause any caller identification service to knowingly transmit misleading or inaccurate caller identification information with the intent to defraud, cause harm, or wrongfully obtain anything of value, unless such transmission is exempted pursuant to paragraph (3)(B).

22. An agreement, contract, and or mise existed between Defendant Global Virtual Opportunities, Inc. and the legal entity that owns and operates nexusoffers.com.

23. The Plaintiff believes that the conduct of the Defendant's and or their 3rd Party marketing partners arises to a level worthy of Trebled Damages under the TCPA.

24. The TCPA provides at 47 U.S.C. § 227(b)(3)(C) in part that trebled damages can be awarded by the court for willful and / or knowing violations by the Defendant:

**C)**
both such actions.
If the court finds that the defendant willfully or knowingly violated this subsection, or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under subparagraph (B) of this paragraph.

25. Defendant is a Delaware Corporation Domiciled within the State of Texas *See Exhibits J & K.*

26. At all times pertinent hereto Defendant was acting by and through their agents, servants and / or employees who were acting within the course and scope of their agency or employment, and under the direct supervision and control of the Defendant herein.

27. At all times pertinent hereto, the conduct of the Defendant, as well as that of their agents, servants and/ or employees was intentional, reckless, and in grossly negligent disregard for Federal Laws and the rights of the Plaintiff herein.

## Count I:

28. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

29. At all times pertinent hereto the Defendant was liable to the Plaintiff for violations of:

Telephone Consumer Protection Act 47 U.S.C. § 227(c)(5)

Which makes Defendant liable to Plaintiff for at least 2 trebled violations as evidenced in the complaint and Plaintiff seeks $3,000 in damages for said violations.

## Count II:

30. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

31. At all times pertinent hereto the Defendant was liable to the Plaintiff for violations of:

Telephone Consumer Protection Act 47 U.S.C. § 227(b)(1)(a)(iii)

Which makes Defendant liable to Plaintiff for at least 2 trebled violations as evidenced in the complaint and Plaintiff seeks $3,000 in damages for said violations.

**Jury Trial Demand;**

Plaintiff demands trial by jury on all issues so triable.

**Prayer for Relief;**

WHEREFORE, Plaintiff seeks judgement in Plaintiff's favor and damages against the Defendant, based on the following requested relief:

Statutory Damages;
Treble Damages;
Enjoinder from further violations of these parts;
Costs of litigating the action together along with all reasonable attorney's fees (if any) and court costs;
And such other and further relief as may be necessary, just and proper.

Respectfully Submitted,

X_____         ___7-3-2018_____
Clinton Strange                                      Dated
7021 Winburn Drive
Greenwood, LA 71033
318-423-5057
parsmllc@gmail.com

# EXHIBIT A

1/3/2018                                          National Do Not Call Registry



 # National Do Not Call Registry

En Español

## Registration Complete

You have registered the following telephone number in the National Do Not Call Registry:

(318) 423-5057

You may print this page if you wish to retain a copy for your records.

Back to ftc.gov | Privacy Policy

# EXHIBIT B



706661479?

6:25 PM

1 Unread Message

I hope you got my very last text message, I have been doing this for a month, Cha-Ching!

click here: amazinmoneybiz.us/ qdmq?c=1p0jd7

# EXHIBIT C

## Message Info

From 7066614792

Received 6:25 PM

Type **Text message**

Size **139 bytes**

Uid 0

Message Source **Phone**

Thread Id **127**

Native Thread Id **133**

Msg DB Id **1393**

Native Id **1080**

Date Mon Mar 14 18:25:38 CDT 2016

**HIDE DETAILS**                    CLOSE

## Message Info

From 7066614792

Received 6:25 PM

Type Text message

Size 139 bytes

**Sent To**

 Me
Mobile: 3184235057

VIEW DETAILS

# EXHIBIT D





EXHIBIT E



# EXHIBIT F

Clinton Strange
7021 Winburn Drive
Greenwood, LA 71033
47USC227ETSEQ@gmail.com
318-423-5057

---

Greetings GLOBAL VIRTUAL OPPORTUNITIES, INC.;

or Defense Counsel:

I am Clinton Strange. I am the cellular telephone subscriber of 318-423-5057 "The Called Party". I allege that your Corporation sent me text messages without my express written consent including but not limited to one on 05/14/2018 at 6:25pm CDT either on behalf of yourselves or 3rd party marketing affiliates.

While I am a NOVICE in matters of the TCPA law, I am aware enough that I realize that your Corporation has exhibited actionable behavior relative to:

a- Consent

b- Use of an ATDS

c- Disregard for the Federal Do-Not-Call Listing

I have enclosed documents to both aid and support my claims that I was:

a- was contacted via an ATDS

b- am registered on the Federal Do-Not-Call Registry

c- no consent was ever given to be contacted by your Corporation

The exhibits are marked "GVO Exhibits A-H".

If you need more details to determine liability exposure, and/ or to confirm any of the allegations I have made herein please do not hesitate to contact me by e-mail or regular mail by 06/29/2018. After this date I plan to move forward as I choose unless a pre-litigation resolution can be achieved.

Regards,

X _Clinton Stg_                    5-15-2018

Clinton Strange                    Dated

# EXHIBIT G

**From:** Ilona Therien
**Sent:** Thursday, May 31, 2018 4:53 PM
**To:** 47usc227etseq@gmail.com
**Subject:** Letter received to Global Virtual Opportunities

Dear Mr. Strange,

Please accept this email as your reference that our office has received a letter from you dated May 15, 2018.
Please do not hesitate to contact me if the messages you were receiving have not stopped.

Kind regards,
Ilona Therien

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

# EXHIBIT H

In no way did we admit we sent the text message because we didnt. Lets get that 100% clear.
In fact we have no idea who sent it. We reached out to a few marketing firms promoting our products
so we were here to help you not hinder you.

Again we did NOT send any text message nor do we own ant text messaging service.

Joel Therien

This email and any files transmitted with it are confidential and intended solely for the use of the
individual or entity to whom they are addressed. If you have received this email in error, please notify
the system manager. Please note that any views or opinions presented in this email are solely those of
the author and do not necessarily represent those of the company. Finally, the recipient should check
this email and any attachments for the presence of viruses. The company accepts no liability for any
damage caused by any virus transmitted by this email.

This email and any files transmitted with it are confidential and intended solely for the use of the
individual or entity to whom they are addressed. If you have received this email in error, please notify
the system manager. Please note that any views or opinions presented in this email are solely those of
the author and do not necessarily represent those of the company. Finally, the recipient should check
this email and any attachments for the presence of viruses. The company accepts no liability for any
damage caused by any virus transmitted by this email.

# EXHIBIT I

**From:** Joel Therien
**Sent:** Wednesday, June 6, 2018 1:33 PM
**To:** Precision Appliance Repair
**Subject:** Re: Letter received to Global Virtual Opportunities


Not sure if you know how a network works but this is the network we use

https://nexusoffers.com/

They probably have thousands of publishers... but it definitely came from someone in that
marketplace as I asked others who market for us and they are not doing any SMS


On Wed, Jun 6, 2018 at 1:23 PM, Precision Appliance Repair <47usc227etseq@gmail.com> wrote:

Dear Joel Therien:


   May I please have the names and contact information for the marketing firms you 'reached out to'
so I may reach out to them?


Regards,

Clinton Strange


Sent from Mail for Windows 10


**From:** Joel Therien
**Sent:** Wednesday, June 6, 2018 10:05 AM
**To:** 47usc227etseq@gmail.com; Ilona
**Subject:** Letter received to Global Virtual Opportunities


Dear Mr Strange,

EXHIBIT J



Delaware.gov                                                    Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

---

| | |
|---|---|
| **HOME** | |
| About Agency | |
| Secretary's Letter | |
| Newsroom | |
| Frequent Questions | |
| Related Links | |
| Contact Us | |
| Office Location | |
| | |
| **SERVICES** | |
| Pay Taxes | |
| File UCC's | |
| Delaware Laws Online | |
| Name Reservation | |
| Entity Search | |
| Status | |
| Validate Certificate | |
| Customer Service Survey | |
| | |
| **INFORMATION** | |
| Corporate Forms | |
| Corporate Fees | |
| UCC Forms and Fees | |
| Taxes | |
| Expedited Services | |
| Service of Process | |
| Registered Agents | |
| GetCorporate Status | |
| Submitting a Request | |
| How to Form a New Business Entity | |
| Certifications, Apostilles & Authentication of Documents | |

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

File Number:          4322394          Incorporation Date /     3/22/2007
                                       Formation Date:          (mm/dd/yyyy)

Entity Name:          **GLOBAL VIRTUAL OPPORTUNITIES INC.**

Entity Kind:          **Corporation**          Entity Type:     **General**

Residency:            **Domestic**             State:           **DELAWARE**

**REGISTERED AGENT INFORMATION**

Name:                 **CORPOMAX INC.**

Address:              **2915 OGLETOWN RD**

City:                 **NEWARK**              County:          **New Castle**

State:                **DE**                  Postal Code:     **19713**

Phone:                **302-266-8200**

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or
more detailed information including current franchise tax assessment, current filing history
and more for a fee of $20.00.

Would you like  ● Status    ○ Status,Tax & History Information    Submit

Back to Entity Search

---

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

# EXHIBIT K





# Franchise Tax Account Status
As of : 05/14/2018 23:20:13

**This Page is Not Sufficient for Filings with the Secretary of State**

### GLOBAL VIRTUAL OPPORTUNITIES, INC.

| | |
|---|---|
| **Texas Taxpayer Number** | 19805312725 |
| **Mailing Address** | 6701 GUADA COMA DR SCHERTZ, TX 78154-3247 |
| ❷ **Right to Transact Business in Texas** | ACTIVE |
| **State of Formation** | DE |
| **Effective SOS Registration Date** | 06/15/2007 |
| **Texas SOS File Number** | 0800830111 |
| **Registered Agent Name** | J BRADLEY JONES |
| **Registered Office Street Address** | 2161 NW MILITARY HWY., SUITE 400 SAN ANTONIO, TX 78213 |

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
CLINTON STRANGE

### DEFENDANTS
GLOBAL VIRTUAL OPPORTUNITIES, INC.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   GUADALUPE,TX
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se:
7021 Winburn Drive
Greenwood, LA 71033

Attorneys *(If Known)*

W18CA180

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
          Plaintiff

☒ 3   Federal Question
          *(U.S. Government Not a Party)*

☐ 2   U.S. Government
          Defendant

☐ 4   Diversity
          *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| | Medical Malpractice | | Leave Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original
        Proceeding
☐ 2 Removed from
        State Court
☐ 3 Remanded from
        Appellate Court
☐ 4 Reinstated or
        Reopened
☐ 5 Transferred from
        Another District
        *(specify)*
☐ 6 Multidistrict
        Litigation -
        Transfer
☐ 8 Multidistrict
        Litigation -
        Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
47 U.S.C. 227
Brief description of cause:
TCPA VIOLATIONS ' Restrictions on the use of Telephone Equipment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
    UNDER RULE 23, F.R.Cv.P.
DEMAND $
6,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE   7-3-2018
SIGNATURE OF ATTORNEY OF RECORD   *Pro Se*   x Clinton Strange

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____