IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION



FILED

OCT 1 1 2018

CLERK. U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

CLINTON STRANGE,

Plaintiff

                                  6:18-CV-00180-ADA-JCM

v.

GLOBAL VIRTUAL OPPORTUNITIES, INC.,

Defendant

### PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT

**Preliminary Statement:**

Pro Se Plaintiff Clinton Strange hereby moves, pursuant to Federal Rule of Civil Procedure 55(a), for entry of Default by the Clerk for the United States District Court for the Western District of Texas as to Defendant GLOBAL VIRTUAL OPPORTUNITIES, INC. on the basis that Defendant failed to serve a response to Plaintiff's complaint within the time permitted under Federal Rule of Civil Procedure 12(a), and Defendant has not otherwise appeared in this action.

**Factual Statements Regarding Lawful Service of Summons and Complaint:**

1. Plaintiff filed his complaint over-the-counter "otc" with the U.S. District Clerk's office in the Waco, Texas Division on July 3, 2018. [ECF No.7].

2. On September 6, 2018 at 10:18am CST a Deputy U.S. Marshall served an individual named M. Diaz the summons and complaint at the address of the Defendant's registered agent. [ECF No. 8].

3. The Deadline for a response by the Defendant to the Summons and Complaint was September 27, 2018. [ECF No.8].

4. Defendant has failed to respond to the summons and complaint that Plaintiff caused to be served upon Defendant's registered agent by the U.S. Marshall

Service on September 6, 2018 at 10:18am CST. Defendant has not filed any response to the Plaintiff's complaint, Defendant has not entered an appearance in this matter, nor has Defendant sought additional time within which to respond or otherwise appear in this action *See Declaration of Clinton Strange attached as Exhibit A.*

5. Under Federal Rule of Civil Procedure 55(a), "[w]hen a party against whom a judgement for affirmative relief is sought has failed to plead or otherwise defend and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

6. Accordingly, the Plaintiff respectfully requests that the Clerk enter default against Defendant.

7. The Defendant's Registered agent resigned on September 18, 2018. Plaintiff as of the date of this filing has no listed registered agent to serve copies of court filings on aside from the Defendant, and the Texas Secretary of State *See Exhibit B.*

8.      WHEREFORE, Plaintiff prays that the Clerk will enter a judgement of

Default against the Defendant.


Respectfully Submitted,

X  _____          _10-9-2018_____
Clinton Strange                              Dated
Pro Se
7021 Winburn Drive
Greenwood, LA 71033
318-423-5057
parsmllc@gmail.com

Certificate of Service:

**1.** I, Clinton Strange, hereby certify that I have served upon the Defendant and
The Texas Secretary of State a copy of this court filing styled as
**"PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT".**

2. The mailings were addressed to:

   Office of the Secretary of State
   Corporations Section
   P.O. Box 13697
   Austin, TX 78711-3697
   &
   Global Virtual Opportunities, Inc.
   6701 Guada Coma Drive
   Schertz, TX 78154

3. The mailings were deposited in the U.S. Mail on _10-9-2018_.

4. Under the pains and penalties of perjury of the laws of the United States of
   America I, Clinton Strange, declare that the above statements are both true
   and correct.

   X _____          _10-9-2018_
        Clinton Strange                      Dated
   Pro Se
   7021 Winburn Drive
   Greenwood, LA 71033
   318-423-5057
   parsmllc@gmail.com

7021 Winburn Drive
Greenwood, LA 71033

Clinton Strange
7021 Winburn Dr
Greenwood, LA 71033

Texas Secretary of State
Corporations Section
PO Box 13697
Austin, TX          78711-3697

Global Virtual Opportunities, Inc.
6701 Guada Coma Drive
Schertz, TX          78154



# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

CLINTON STRANGE,

Plaintiff

                                      6:18-CV-00180-ADA-JCM

v.

GLOBAL VIRTUAL OPPORTUNITIES, INC.,

Defendant

## **PLAINTIFF'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT**

*page 1 of 2*

I, Clinton Strange, under penalty of perjury, state as follows:

1. I am over the age of 18, and as the Self Represented Plaintiff in this action have personal knowledge of all facts set forth in this Declaration.
2. I am familiar with the file, records, and pleadings in this matter.
3. The summons and complaint in this action were served upon the Defendant September 6, 2018. [ECF No. 8].
4. Pursuant to Federal Rule of Civil Procedure 12(a), Defendant was required to respond to the complaint on or before September 27, 2018. [ECF No.8].
5. Defendant has not entered an appearance to this matter, Defendant has not served a response within the time allowed by law, and Defendant has not sought additional time within which to respond or otherwise appear in this action.

I, Clinton Strange, declare under penalty of perjury that the facts stated herein are true and correct.

_____          _October_   _8th_, 2018.

Clinton Strange                           Dated

Notary: Delene O'Dear
Date: October 8, 2018
#065476

page 2 of 2

# EXHIBIT B

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Rolando B. Pablos
Secretary of State

# Office of the Secretary of State

## CERTIFICATE OF FILING
## OF

## GLOBAL VIRTUAL OPPORTUNITIES, INC.
### File Number: 800830111

The undersigned, as Secretary of State of Texas, hereby certifies that the Resignation of Registered Agent for the above named entity has been received in this office and has been found to conform to the applicable provisions of law.

ACCORDINGLY, the undersigned, as Secretary of State, and by virtue of the authority vested in the secretary by law, hereby issues this certificate evidencing filing effective on the date shown below.

Dated: 09/18/2018

Effective: 09/18/2018



Rolando B. Pablos
Secretary of State

*Come visit us on the internet at http://www.sos.state.tx.us/*

Phone: (512) 463-5555          Fax: (512) 463-5709          Dial: 7-1-1 for Relay Services
Prepared by: Kasey Gunderson          TID: 10307          Document: 837730540002

# TEXAS SECRETARY OF STATE
## ROLANDO PABLOS

| Main Site | News | Site Index | Help | Contacts |
|---|---|---|---|---|

## Business Filing Tracker (submitted last 30 days)

### Turnaround Times

Documents will appear on the filing status list once they have been entered into the system. For documents submitted by mail, fax, or personal delivery, it generally takes at least one business day from the time a document has been submitted to the office for the document to be entered into the system and show a status of Received.

| | | |
|---|---|---|
| **All or part of Entity Name:** | Global Virtual Opportunities, I | Search |

**Click the View link to see the certificate or rejection notice. Please note that some documents may not yet be available for viewing. Clicking on a 'VIEW' link will open a new window that displays a PDF document.**

| View | Document Number | Entity Name | Delivery Method | Expedited? | Received | Document Type | Status | Filing Number |
|---|---|---|---|---|---|---|---|---|
| view | 837730540002 | GLOBAL VIRTUAL OPPORTUNITIES, INC. | Mail | Yes | 09/18/2018 | Resignation of Registered Agent | Filed | 800830111 |
| view | 839779610008 | GLOBAL VIRTUAL OPPORTUNITIES, INC. | Mail | | 09/27/2018 | Delivery Notice of Certified Mail | Filed | 800830111 |

**Main Site | Texas.gov | Trail | Texas Homeland Security**

Compact With Texans | Open Records Policy | Privacy Policy | Accessibility Policy | Link Policy | Disclaimer

Send comments and questions about the web site to: webmaster@sos.state.tx.us

# TEXAS SECRETARY OF STATE
## ROLANDO PABLOS

**Retrieve PDF**

The document could not be retrieved from storage. Please try again later.

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

CLINTON STRANGE,

Plaintiff

6:18-CV-00180-ADA-JCM

v.

GLOBAL VIRTUAL OPPORTUNITIES, INC.,

Defendant

**[PROPOSED] ORDER ON CLERK'S ENTRY OF DEFAULT**

**AND MOTION FOR FINAL DEFAULT JUDGMENT**

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. On September 6, 2018, Defendant was served. Defendant's response to Plaintiff's Complaint was due on September 27, 2018. However, as of October 9, 2018, Defendant has failed to respond to Plaintiff's Complaint and, in fact, has failed to file an appearance in this case. Accordingly, it is

ORDERED AND ADJUDGED that the Clerk of Court SHALL enter Clerk's Entry of Default against Defendant. It is further

ORDERED AND ADJUDGED that Plaintiff SHALL file a Motion for Final Default Judgment with respect to Defendant, in writing, duly supported by affidavits and other documentation and a proposed final order, by _____, 2018. Plaintiff SHALL

serve the Motion on Defendant to the extent required by Rule 55. Failure to file a Motion for Final Default Judgment, which complies with the requirements of this Order, by _____, 2018, will result in dismissal of Plaintiff's claims against Defendant. DONE AND ORDERED in Chambers at _____,Texas  this _____, 2018.

_____

Judge _____

UNITED STATES _____ JUDGE

Clinton Strange

7021 Winburn Drive

Greenwood, LA 71033

CLERK,
United States District Court
800 Franklin Avenue Room 380
Waco, TX 76701



1000

76701

U.S. POSTAGE PAID
FCM LG ENV
GREENWOOD, LA
71033
OCT 09, 18
AMOUNT
**$1.63**
R2305H129824-03