## IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF TEXAS

## WACO DIVISION

| | | |
|---|---|---|
| CLINTON STRANGE | § | |
| *Plaintiff* | § | |
| v. | § | |
| GLOBAL VIRTUAL | § | CIVIL NO. 6:18-CV-180-ADA-JCM |
| OPPORTUNITIES, INC. | § | |
| *Defendant* | § | |
| | § | |
| | § | |

## <u>ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT</u>

Before the Court is Plaintiff's Motion for Default Judgment. Docket No. 12. The Court has reviewed the motion, the governing law, and the case file and concludes that Plaintiff's Motion for Default Judgment should be denied.

Although Plaintiff has shown that Defendant has failed to file an answer or otherwise appear, there are other requirements Plaintiff must meet before the Court may enter a default judgment in his favor against Defendant. For example, a plaintiff must file an affidavit stating whether the defendant is in military service before a court can issue a default judgment. 50 U.S.C.A. § 3931 (West) (formerly 50 App. U.S.C. § 521 (b)(1)). In short, obtaining a default judgment is a technical process; therefore, the Court highly recommends that Plaintiff hire an attorney to assist him in this process. Although the Court is denying Plaintiff's motion, Plaintiff will have an opportunity to correct his motion and file a corrected motion for default judgment.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Default Judgment is **DENIED**.

**SIGNED** this 30th day of October 2018.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE