IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| **CLINTON STRANGE** <br> *Plaintiff* | § § § | |
| v. | § § | CIVIL NO. 6:18-CV-0180-ADA-JCM |
| **GLOBAL VIRTUAL OPPORTUNITIES, INC.** <br> *Defendant* | § § § | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Before the Court is the above-entitled cause of action. On this date, the Court granted Plaintiff's Motion for Default Judgment. Document No. 15. In accordance with that Order and pursuant to Federal Rule of Civil Procedure 58, the Court now renders the Final Default Judgment as follows:

**IT IS ORDERED** that judgment by default is entered in favor of Plaintiff and against Defendant.

**IT IS FURTHER ORDERED** that Plaintiff recover from Defendant $500.

**IT IS FURTHER ORDERED** that all relief not expressly granted is **DENIED**.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

**SIGNED** this 8th day of January 2019.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1