

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| **CLINTON STRANGE** <br> *Plaintiff* | § <br> § <br> § | |
| v. | § <br> § | CIVIL NO. 6:18-CV-0180-ADA-JCM |
| **GLOBAL VIRTUAL OPPORTUNITIES, INC.** <br> *Defendant* | § <br> § <br> § | |

### AMENDED FINAL JUDGMENT ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Before the Court is the above-entitled cause of action. On January 8, 2019, the Court granted Plaintiff's Motion for Default Judgment. Document No. 15. In accordance with that Order and pursuant to Federal Rule of Civil Procedure 58, the Court now renders the Final Default Judgment as follows:

**IT IS ORDERED** that judgment by default is entered in favor of Plaintiff and against Defendant.

**IT IS FURTHER ORDERED** that Plaintiff recover from Defendant $500, along with post-judgment interest thereon calculated pursuant to 28 U.S.C. § 1961, and costs of suit.

**IT IS FURTHER ORDERED** that all relief not expressly granted is **DENIED**.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

**SIGNED** this 5th day of March 2019.

ALAN D ALBRIGHT <br>
UNITED STATES DISTRICT JUDGE