AO 133    (Rev. 12/09)  Bill of Costs

**F I L E D**

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

MAR 2 0 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| CLINTON STRANGE | ) | |
| | ) | |
| v. | ) | Case No.: 6:18-CV-00180-ADA-JCM |
| | ) | |
| GLOBAL VIRTUAL OPPORTUNITIES, INC. | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___03/05/2019___ against ___Defendant___ ,
                                                        *Date*

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 11.50 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 18.75 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 32.60 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | 0.00 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 292.12 |
| | TOTAL    $ | 354.97 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service          ☑ First class mail, postage prepaid *to: Global Virtual Opportunities Inc*
                                                                *c/o: Joel Therien (Registed Agent)*
☐ Other:                                                        *26730 Rockwall PKWY*
                                                                *New Braunfels, TX 78132*

s/ Attorney:  Pro Se X _____

Name of Attorney: _____

For: _____Pro Se Plaintiff - Clinton Strange_____          Date: ___03/15/2019___
            *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____          By: _____          _____          _____
*Clerk of Court*                    *Deputy Clerk*                              *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

CLINTON STRANGE,

Plaintiff

Case No. 6:18-CV-00180-ADA-JCM

Honorable Judge Alan D. Albright

&

Magistrate Judge Jeffrey C. Manske

v.

GLOBAL VIRTUAL OPPORTUNITIES, INC.,

Defendant

## **PLAINTIFF'S SWORN STATEMENT REGARDING COSTS OF SUIT**

On _March 15th_, 2019 Clinton Strange appeared before me at the address of

_6501 Five Oaks Dr Shreveport LA 71129_ ; and made the following statement under oath:

1. I am Clinton Strange, and I am the *pro se* Plaintiff in the action captioned as *Strange v. Global Virtual Opportunities, Inc.* Case No. 6:18-CV-00180-ADA-JCM which was brought in the United States District Court for the Western District of Texas.

2. On March 5, 2019 the Court awarded me post judgment interest on the Amended Final Judgement to be calculated at 2.55% per annum, *and costs of suit* [ See ECF No. 17].

3. I have itemized and calculated the costs and attached exhibits to this sworn statement to document the costs and affirm that all the costs incurred were absolutely necessary in prosecuting the action to its conclusion.

4. The total costs of suit that are documented on the attached itemized cost sheet are $354.97 and are listed as follows:

a- Postage………………………………………………………………..$35.69

b- Money order Fees…………………………………………….…………$1.25

c- Fees to the Clerk……………………………………….……………..$11.50

d- Mileage………………………………………………………….…….$191.78

e- Meal………………………………………………………....……….$22.31

f- Envelopes……………………………………………………………...$3.58

g- Texas Secretary of State documents…………………………………$25.67

h- Printing of documents necessary (326 pages)……………….………..$32.60

i- Transcription of a voicemail from Defendant's registered agent……………$18.75

j- Notary fees…………………………………………………..………...$10.00

5. I , Clinton Strange, affirm that all the statements made herein are both true and correct.

_____          _____
                                               3-15-2019

Clinton Strange                                      Dated

_____
Delene O'Rear 065476

                                          Notary Public

_____
3-15-19

                                               Dated

To whom it may concern:

Today March 15, 2019 I, _Delene O'Rear_ collected $10.00 from Clinton Strange as a Notary Fee in regard to a court document.

x _Delene O'Rear   065476_

_Dehene O'Rear_

# BILL OF COSTS

# EXHIBIT A

Clinton Strange
7021 Winburn Drive
Greenwood, LA 71033
318-423-5057

Statement Date:                3/15/2019

# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF TEXAS
## STRANGE V. GLOBAL VIRTUAL OPPORTUNITIES, INC.
## CASE NO. 6:18-CV-00180-ADA-JCM

| DATE | DESCRIPTION | EXPENSE | PAGE No. | EXPENSE BALANCE |
|------|-------------|---------|----------|-----------------|
| 3/15/2019 | NOTARY FEE FOR DECLARATION OF COSTS | $10.00 | Page 1 | $10.00 |
| 2/21/2019 | FEE TO CLERK - ABSTRACT OF JUDGEMENT | $11.50 | Page 2 | $21.50 |
| 2/21/2019 | MONEY ORDER FOR ABSTRACT FEE TO CLERK | $1.25 | Page 2 | $22.75 |
| 2/21/2019 | POSTAGE FOR MAILING - ABSTRACT OF JUDGEMENT | $1.15 | Page 3 | $23.90 |
| 2/21/2019 | TEXAS SECRETARY OF STATE DOCUMENT | $2.05 | Page 4 | $25.95 |
| 1/16/2019 | DEMAND FOR PAYMENT ON ORIGINAL JUDGEMENT - POSTAGE | $1.21 | Page 5 | $27.16 |
| 12/6/2018 | POSTAGE FOR MAILING - MOTION FOR DEFAULT JUDGEMENT TO CLERK | $1.84 | Page 6 | $29.00 |
| 12/6/2018 | POSTAGE FOR MAILING - MOTION FOR DEFAULT JUDGEMENT TO DEFENDANT | $1.84 | Page 6 | $30.84 |
| 10/18/2018 | POSTAGE FOR MAILING - MOTION FOR DEFAULT JUDGEMENT | $1.84 | Page 7 | $32.68 |
| 10/9/2018 | POSTAGE FOR MAILING - CLERKS ENTRY OF DEFAULT | $1.63 | Page 7 | $34.31 |
| 9/20/2018 | REV.COM TRANSCRIPTION SERVICE - DISPUTE OVER REGISTERED AGENT | $18.75 | Page 8 | $53.06 |
| 9/12/2018 | TEXAS SECRETARY OF STATE CERTIFIED COPY ENTITY DOCUMENTS | $23.62 | Page 9 | $76.68 |
| 9/13/2018 | POSTAGE FOR MAILING - U.S. MARSHALL SERVICE IN SAN ANTONIO,TX | $1.42 | Page 10 | $78.10 |
| 8/3/2018 | POSTAGE FOR MAILING - U.S. MARSHALL SERVICE IN SAN ANTONIO,TX | $7.20 | Page 11 | $85.30 |
| 7/5/2018 | POSTAGE FOR MAILING - WAIVER OF SERVICE OF SUMMONS PACKETS | $19.40 | Page 12 | $104.70 |
| 7/5/2018 | ENVELOPES FOR WAIVER OF SERVICE OF SUMMONS PACKETS | $3.58 | Page 12 | $108.28 |
| 7/3/2019 | INTERSTATE TRAVEL FROM GREENWOOD, LA TO WACO TEXAS -446 | $191.78 | Page 13 | $300.06 |
| 7/3/2018 | Meal at Iron Skillet - Hillsboro TX - Day of Over the Counter Complaint Filing | $22.31 | Page 14 | $322.37 |
| | Printing of necessary Documents - 326 pages at $.10 / page | $32.60 | No Page No. | $354.97 |

To whom it may concern:

Today March 15, 2019 I, _Delene O'Rear_ collected $10.00 from Clinton Strange as a Notary Fee in regard to a court document.

x _Delene O'Rear  065476_
_Dehene O'Rear_

page /

GVO

## Abstract of Judgement

GREENWOOD
7070 ADAMS LN
GREENWOOD
LA
71033-9998
2138480639
(800)275-8777    1:55 PM
02/21/2019

| Product Description | Sale Qty | Final Price |
| --- | --- | --- |
| Dom M.O. - Value | | $11.50 |
| (Serial#:24962332184) | | |
| Dom M.O. Fee | | $1.25 |
| Total | | $12.75 |
| Debit Card Remit'd | | $12.75 |

(Card Name:MasterCard)
(Account #:XXXXXXXXXXXX0135)
(Approval #:        )
(Transaction #:176)
(Receipt #:005897)
(Debit Card Purchase:$12.75)
(Cash Back:$0.00)
(AID:A0000000042203
(AL:DEBIT)                    Chip)
(PIN:Verified               DEBIT)

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5700-0315-002-00010-90288-01

or scan this code with
your mobile device:



or call 1-800-410-7420.

YOUR OPINION COUNTS

Bill #:  840-57000315-2-1090288-1
Clerk:   03



Fee for Abstract   $11.50
Money Order    $1.25

page 2

GVO Case
Mailed Abstract of Judgment
form to Clerk



```
                GREENWOOD
             7070 ADAMS LN
                GREENWOOD
                   LA
                71033-9998
                2138480639
02/21/2019    (800)275-8777    1:59 PM
==========================================
==========================================
Product
Description         Sale       Final
                    Qty        Price

First-Class          1         $1.15
Mail
Large Envelope
  (Domestic)
  (WACO, TX  76701)
  (Weight:0 Lb 1.50 Oz)
  (Estimated Delivery Date)
  (Saturday 02/23/2019)
------------------------------------------
Total                          $1.15
------------------------------------------
Cash                           $2.00
Change                        ($0.85)

            Preview your Mail
            Track your Packages
            Sign up for FREE @
            www.informeddelivery.com


   All sales final on stamps and postage
   Refunds for guaranteed services only
        Thank you for your business

        HELP US SERVE YOU BETTER

        TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

               Go to:
      https://postalexperience.com/Pos

     840-5700-0315-002-00010-90312-02

           or scan this code with
            your mobile device:
```



```
         or call 1-800-410-7420.

          YOUR OPINION COUNTS




Bill #:  840-57000315-2-1090312-2
Clerk:   03
```

#1.15 postage

page 3

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



David Whitley
Secretary of State

## Office of the Secretary of State

**Packing Slip**

February 21, 2019
Page 1 of 1

Attn: Clinton Strange
Clinton A Strange
7021 Winburn Drive
Greenwood, LA 71033- 71033

Batch Number: **86966471**

Client ID: **694404370**

Batch Date: **02-20-2019**

Return Method: **Email**

| Document Number | Document Detail | Number / Name | Page Count | Fee |
|---|---|---|---|---|
| 869664710002 | **Find by Filing Number** | **19805312725** | | **$1.00** |
| 869664710003 | **Find** | **Global Virtual Opportunities, Inc.** | | **$1.00** |
| 869664710004 | **Convenience Fee** | | | **$0.05** |
| | | | **Total Fees:** | **$2.05** |

| Payment Type | Payment Status | Payment Reference | Amount |
|---|---|---|---|
| **Credit Card** | **Accepted** | **\*\*\*\*\*\*\*\*\*\*\*\*1892** | **$2.05** |
| | | **Total:** | **$2.05** |
| | | **Total Amount Charged to Client Account:** | **$0.00** |

(Applies to documents or orders where Client Account is the payment method)

*Note to Customers Paying by Client Account:* This is not a bill. Payments to your client account should be based on the monthly statement and not this packing slip. Amounts credited to your client account may be refunded upon request. Refunds (if applicable) will be processed within 10 business days.

User ID: WEBISOLATED

*page 4*

*Judgement Demand*
*Answer due 2-1-19*

```
                GREENWOOD
              7070 ADAMS LN
                GREENWOOD
                    LA
                71033-9998
               2138480639
01/16/2019    (800)275-8777    10:30 AM
=========================================

=========================================
Product              Sale       Final
Description          Qty        Price
─────────────────────────────────────────
First-Class           1        $1.21
Mail
Large Envelope
     (Domestic)
     (SCHERTZ, TX  78154)
     (Weight:0 Lb 1.30 Oz)
     (Estimated Delivery Date)
     (Saturday 01/19/2019)
─────────────────────────────────────────
Total                          $1.21
─────────────────────────────────────────
Cash                           $2.00
Change                        ($0.79)
```

                Preview your Mail
               Track your Packages
               Sign up for FREE @
             www.informeddelivery.com


        All sales final on stamps and postage
        Refunds for guaranteed services only
              Thank you for your business

            HELP US SERVE YOU BETTER

           TELL US ABOUT YOUR RECENT
                POSTAL EXPERIENCE

                    Go to:
         https://postalexperience.com/Pos

          840-5700-0315-002-00010-52774-02

             or scan this code with
               your mobile device:



            or call 1-800-410-7420.

             YOUR OPINION COUNTS

*page 5*

```
Bill #:  840-57000315-2-1052774-2
Clerk:   07
```

*GUO Motion for Default Judgement Defendant Copy*

*GUO Default Judgement Motion - Court File*

```
==========================================
                GREENWOOD
              7070 ADAMS LN
                GREENWOOD
                   LA
                71033-9998
                2138480639
12/06/2018    (800)275-8777    2:06 PM
==========================================

==========================================
Product              Sale        Final
Description          Qty         Price

First-Class           1          $1.84
Mail
Large Envelope
   (Domestic)
   (SCHERTZ, TX  78154)
   (Weight:0 Lb 4.70 Oz)
   (Estimated Delivery Date)
   (Monday 12/10/2018)

Total                             $1.84

Cash                              $2.00
Change                          ($0.16)

            Preview your Mail
            Track your Packages
            Sign up for FREE @
            www.informeddelivery.com


All sales final on stamps and postage
Refunds for guaranteed services only
     Thank you for your business

       HELP US SERVE YOU BETTER

     TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

              Go to:
     https://postalexperience.com/Pos

     840-5700-0315-002-00010-08147-02

          or scan this code with
           your mobile device:
```



```
        or call 1-800-410-7420.

        YOUR OPINION COUNTS
```

```
==========================================
                GREENWOOD
              7070 ADAMS LN
                GREENWOOD
                   LA
                71033-9998
                2138480639
12/06/2018    (800)275-8777    2:15 PM
==========================================

Product              Sale        Final
Description          Qty         Price

First-Class           1          $1.84
Mail
Large Envelope
   (Domestic)
   (WACO, TX  76701)
   (Weight:0 Lb 4.80 Oz)
   (Estimated Delivery Date)
   (Saturday 12/08/2018)

Total                             $1.84

Cash                              $5.00
Change                          ($3.16)

            Preview your Mail
            Track your Packages
            Sign up for FREE @
            www.informeddelivery.com


All sales final on stamps and postage
Refunds for guaranteed services only
     Thank you for your business

       HELP US SERVE YOU BETTER

     TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

              Go to:
     https://postalexperience.com/Pos

     840-5700-0315-002-00010-08204-02

          or scan this code with
           your mobile device:
```



```
        or call 1-800-410-7420.

        YOUR OPINION COUNTS
```

```
Bill #:  840-57000315-2-1008147-2
Clerk:   05
```

```
Bill #:  840-57000315-2-1008204-2
Clerk:   05
```

page 6

*Mailed*
*Motion For DJ*
*to Clerk*

W

```
=====================
     GREENWOOD
   7070 ADAMS LN
    GREENWOOD
        LA
    71033-9998
    2138480639
10/18/2018  (800)275-8777   1:32 PM
=====================
=====================
Product          Sale      Final
Description      Qty       Price

First-Class        1       $1.84
Mail
Large Envelope
    (Domestic)
    (WACO, TX  76701)
    (Weight:0 Lb 4.10 Oz)
    (Estimated Delivery Date)
    (Saturday 10/20/2018)
-----------------
Total                      $1.84

Credit Card Remitd         $1.84
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX5384)
    (Approval #:063617)
    (Transaction #:350)
    (AID:A0000000980840        Chip)
    (AL:US DEBIT)
    (PIN:Not Required)

        Preview your Mail
        Track your Packages
        Sign up for FREE @
     www.informeddelivery.com


All sales final on stamps and postage
Refunds for guaranteed services only
     Thank you for your business

     HELP US SERVE YOU BETTER

   TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

            Go to:
  https://postalexperience.com/Pos

   840-5700-0315-002-00009-63270-02

        or scan this code with
        your mobile device:
```



```
      or call 1-800-410-7420.

       YOUR OPINION COUNTS
```

```
=====================
     GREENWOOD
   7070 ADAMS LN
    GREENWOOD
        LA
    71033-9998
    2138480639
10/09/2018  (800)275-8777   1:39 PM
=====================
=====================
Product          Sale      Final
Description      Qty       Price

First-Class        1       $1.63
Mail
Large Envelope
    (Domestic)
    (WACO, TX  76701)
    (Weight:0 Lb 3.20 Oz)
    (Estimated Delivery Date)
    (Thursday 10/11/2018)
-----------------
Total                      $1.63

Cash                       $2.00
Change                    ($0.37)

        Preview your Mail
        Track your Packages
        Sign up for FREE @
     www.informeddelivery.com


All sales final on stamps and postage
Refunds for guaranteed services only
     Thank you for your business

     HELP US SERVE YOU BETTER

   TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

            Go to:
  https://postalexperience.com/Pos

   840-5700-0315-002-00009-53430-02

        or scan this code with
        your mobile device:
```



```
      or call 1-800-410-7420.

       YOUR OPINION COUNTS
```

```
Bill #:  840-57000315-2-953430-2
Clerk:   03
```

*page 7*

```
Bill #:  840-57000315-2-963270-2
Clerk:   1
```

Services ⌄  About  Contact     Hi Clinton ⌄

## Thank you. Your order was successful!

Your order has been processed. A confirmation email has been sent to parsmllc@gmail.com. When your transcription is ready, we will notify you by email.

Please help us improve the quality of your order by adding Glossaries, Speaker Names, and Accents.

## Order Details

**ORDER NUMBER:**
**TC0334466156**                                             9/20/2018

voicemail.transcript.tcpa.claims.1.MOV                       $15.00

**SUBTOTAL**                          **15 MIN**             $15.00
**VERBATIM**                                                 $3.75

**TOTAL**                                                 **$18.75**

## Payment Details

| PAYMENT METHOD | ORDER SUMMARY | | CONTACT EMAILS |
|---|---|---|---|
| Visa ending in 5819 exp. 10/2020 | Order Total | $18.75 | parsmllc@gmail.com |

*page 8*



Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Rolando B. Pablos
Secretary of State

## Office of the Secretary of State
**Packing Slip**

September 12, 2018
Page 1 of 1

Attn: Clinton Strange
Clinton Andrew Strange
7021 Winburn Drive
Greenwood, LA 71033- 3215

Batch Number: **83659030**

Client ID: **673471220**

Batch Date: **09-12-2018**

Return Method: **Email**

| Document Number | Document Detail | Number / Name | Page Count | Fee |
|---|---|---|---|---|
| 836590300002 | **Find** | **Global Virtual Opportunities, Inc.** | | $0.00 |
| 836590300003 | **Certified copies of a record or document** | | 7 | $21.00 |
| 836590300004 | **Activity for RA past 60 days** | **Global Virtual Opportunities, Inc.** | | $1.00 |
| 836590300005 | **Activity for RA past 60 days** | **J Bradley Jones** | | $1.00 |
| 836590300006 | **Convenience Fee** | | | $0.62 |

**Total Fees:** $23.62

| Payment Type | Payment Status | Payment Reference | Amount |
|---|---|---|---|
| **Credit Card** | **Accepted** | ************5819 | $23.62 |

**Total:** $23.62

**Total Amount Charged to Client Account:** $0.00
(Applies to documents or orders where Client Account is the payment method)

*Note to Customers Paying by Client Account:* This is not a bill. Payments to your client account should be based on the monthly statement and not this packing slip. Amounts credited to your client account may be refunded upon request. Refunds (if applicable) will be processed within 10 business days.

User ID: WEBISOLATED

*page 9*

```
================================
           GREENWOOD
         7070 ADAMS LN
           GREENWOOD
              LA
           71033-9998
          2138480639
09/13/2018   (800)275-8777    9:20 AM
================================
```

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Mail | 1 | $1.42 |

Large Envelope
(Domestic)
(SAN ANTONIO, TX 78212)
(Weight:0 Lb 2.10 Oz)
(Estimated Delivery Date)
(Monday 09/17/2018)

| Total | $1.42 |
|---|---|
| Cash | $2.00 |
| Change | ($0.58) |

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5700-0315-002-00009-30017-02

or scan this code with
your mobile device:



or call 1-800-410-7420.

YOUR OPINION COUNTS

Bill #: 840-57000315-2-930017-2
Clerk:  07

page 10

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

SAN ANTONIO, TX 78206

Certified Mail Fee $3.45                    0639
                                              1
$2.75
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00        Here
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage          $1.00                      08/03/2018

Total Postage and Fees
$7.20

Sent To  U S Marshall                  # 235
Street and Apt. No., or PO Box No.
655 E Cesar E. Chavez
City, State, ZIP+4
San Antonie TX  78206

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7016 1370 0000 5089 1538

---

```
GREENWOOD
7070 ADAMS LN
GREENWOOD
LA
71033-9998
2138480639
08/03/2018    (800)275-8777    1:25 PM
```

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Mail | 1 | $1.00 |
| Large Envelope | | |
| (Domestic) | | |
| (SAN ANTONIO, TX 78206) | | |
| (Weight:0 Lb 0.40 Oz) | | |
| (Estimated Delivery Date) | | |
| (Monday 08/06/2018) | | |
| Certified | 1 | $3.45 |
| (@@USPS Certified Mail #) | | |
| (7016137000050891538) | | |
| Return Receipt | 1 | $2.75 |
| (@@USPS Return Receipt #) | | |
| (9590940101925234232363) | | |

| Total | | $7.20 |
|---|---|---|

```
Credit Card Remitd            $7.20
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX4953)
    (Approval #:06237C)
    (Transaction #:184)
    (Entry Mode:Chip)
    (AID:A0000000031010)
    (Application Preferred Name:CHASE
VISA)
    (Application Label:VISA CREDIT)
    (PIN:PIN Not Required)
    (Cryptogram:DC5D317BF8194363)
    (ARC:00)
    (CVR:5E0000)
    (IAD:06010A03602002)
    (TSI:F800)
    (TVR:0080008000)
```

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5700-0315-002-00008-90752-02

or scan this code with
your mobile device:

*page11*



```
                 GREENWOOD
               7070 ADAMS LN
                 GREENWOOD
                    LA
                71033-9998
                2138480639
07/05/2018     (800)275-8777    11:59 AM
========================================
Product                Sale      Final
Description             Qty       Price
First-Class              1       $3.50
Package
Service -
Retail
3 Days
    (Domestic)
    (NEWARK, DE  19713)
    (Weight:0 Lb 2.90 Oz)
    (Estimated Delivery Date)
    (Monday 07/09/2018)
Certified                1               $3.45
    (@@USPS Certified Mail #)
    (7016137000050890890)
Return                   1               $2.75
Receipt
    (@@USPS Return Receipt #)
    (9590940235097275349464)
First-Class              1       $3.50
Package
Service -
Retail
3 Days
    (Domestic)
    (SAN ANTONIO, TX  78213)
    (Weight:0 Lb 2.90 Oz)
    (Estimated Delivery Date)
    (Monday 07/09/2018)
Certified                1               $3.45
    (@@USPS Certified Mail #)
    (7016137000050890906)
Return                   1               $2.75
Receipt
    (@@USPS Return Receipt #)
    (9590940235097275349471)

Total                            $19.40

Debit Card Remit'd               $19.40
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX5819)
    (Approval #:     )
    (Transaction #:023)
    (Receipt #:004589)
    (Debit Card Purchase:$19.40)
    (Cash Back:$0.00)
    (Entry Mode:Chip)
    (AID:A0000000980840)
    (Application Label:US DEBIT)
    (PIN:Verified by PIN)
    (Cryptogram:05ECA65903E1669F)
    (ARC:00)
    (CVR:420000)
    (IAD:06010A03602000)
    (TSI:6800)
    (TVR:8000048000)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

         Preview your Mail
        Track your Packages
        Sign up for FREE @
       www.informeddelivery.com
```

```
                 GREENWOOD
               7070 ADAMS LN
                 GREENWOOD
                    LA
                71033-9998
                2138480639
07/05/2018     (800)275-8777    11:53 AM
========================================
Product                Sale      Final
Description             Qty       Price
8.5 x 12                 2       $3.58
bubble
    (Unit Price:$1.79)

Total                            $3.58

Debit Card Remit'd               $3.58
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX5819)
    (Approval #:     )
    (Transaction #:022)
    (Receipt #:004588)
    (Debit Card Purchase:$3.58)
    (Cash Back:$0.00)
    (Entry Mode:Chip)
    (AID:A0000000980840)
    (Application Label:US DEBIT)
    (PIN:Verified by PIN)
    (Cryptogram:8FF13522880EFB2D)
    (ARC:00)
    (CVR:420000)
    (IAD:06010A03602000)
    (TSI:6800)
    (TVR:8000048000)

         Preview your Mail
        Track your Packages
        Sign up for FREE @
       www.informeddelivery.com


All sales final on stamps and postage
Refunds for guaranteed services only
     Thank you for your business

    HELP US SERVE YOU BETTER

   TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

            Go to:
https://postalexperience.com/Pos

840-5700-0315-002-00008-63871-01

    or scan this code with
     your mobile device:
```



```
  or call 1-800-410-7420.

  YOUR OPINION COUNTS
```

page 12

Bill #:  840-57000315-2-863871-1



16 drives notes modified UNDO

Search drives by location or vehicle...    Add a Drive    16 drives selected    DONE
TOUR    HELP    SETTINGS

16 matching drives · 0 reported    Sort by Date

Jul 2, 2018    Today    All Drives

Tuesday, Jul 3, 2018

**891 mi**    $ -

Filters

ALL DRIVES    **16**
● Business    0
● Personal    16
● Unclassified    0

16 Legal ✓

DRIVES    **16**

🏠 Legal

Distance    Parking    Tolls
891.0  mi    $  0.00    $  0.00

**TUESDAY, JUL 3, 2018**    16 drives

(No Vehicle Selected)

In Re: Strange v. Global Virtual Opportunities, Inc. - Drive from Greenwood, LA (home) to Waco, TX U.S. District Courthouse to Home.

| | | | |
|---|---|---|---|
| 40 mi | Longview to Greenwood | 03:38 -04:26 PM | $ - 🏠 Legal |
| 45 mi | Tyler to Longview | 03:24 -03:37 PM | $ - 🏠 Legal |
| 45 mi | Wills Point to Tyler | 02:45 -03:20 PM | $ - 🏠 Legal |
| 158 mi | Forney to Greenwood | 01:51 -04:13 PM | $ - 🏠 Legal |
| 51 mi | Forney to Wills Point | 01:50 -02:39 PM | $ - 🏠 Legal |
| 82 mi | Hillsboro to Forney | 01:43 -01:48 PM | $ - 🏠 Legal |
| 17 mi | Dallas to Forney | 01:29 -01:47 PM | $ - 🏠 Legal |
| 22 mi | Milford to Hillsboro | 01:17 -01:38 PM | $ - 🏠 Legal |
| 6 mi | Milford to Milford | 12:47 -01:02 PM | $ - 🏠 Legal |
| 40 mi | Waco to Milford | 12:06 -12:41 PM | $ - 🏠 Legal |
| 40 mi | Waco to Milford | 12:01 -12:41 PM | $ - 🏠 Legal |
| 116 mi | Palestine to Waco | 09:42 -11:45 AM | $ - 🏠 Legal |
| 188 mi | Carthage to Waco | 08:28 -11:44 AM | $ - 🏠 Legal |
| 28 mi | Bethany to Carthage | 07:39 -08:14 AM | $ - 🏠 Legal |
| 7 mi | Greenwood to Bethany | 07:27 -07:37 AM | $ - 🏠 Legal |
| 7 mi | Greenwood to Bethany | 07:24 -09:41 AM | $ - 🏠 Legal |

Report

Join    Delete

*page 13*

Microsoft  About MileIQ  Privacy & Cookies  Terms of use    © 2018 Mobile Data Labs Inc. All rights reserved.



Iron Skillet
Carl's Corner, TX
101 Cornelius Road North
Hillsboro, TX 76645
(254)714-3010



Server: Kristi      DOB: 07/03/2018
12:42 PM          07/03/2018
Table 99/1        6/60011

SALE

Visa 009          6291473
Card #XXXXXXXXXXXX5819
Magnetic card present: STRANGE CLINTON AND
Card Entry Method: S

Approval: 094463

Amount:      $17.31

Tip    $5 bill
      cash

Total: 22.30

I agree to pay the above
total amount according to the
card issuer agreement.

X _____

Sequence #: 13

Iron Skillet
Carl's Corner, TX
We Appreciate Your Business
Please Come Back Soon!
We Value Your Opinion
Matt Stulgis
(570) 892-0001

Customer Copy

---

AutoZone 1479
800 D PANOLA ST
CARTHAGE, TX
(903) 693-3226

#105086 PTCMC       6.99 P
Premier
3ft Micro USB Cable, EA
#525386 PYSFR11      3.99 P
Pyroil
Starting Fluid, 11 oz    10.98
         SUBTOTAL
Courtesy DISCOUNT: 10.00%
   DISCOUNT AMOUNT     1.10-
   DISCOUNTED SUBTOTAL   9.88
   TOTAL TAX @ 8.250%    0.82
           TOTAL     10.70
XXXXXXXXXXXX5819 DEBIT
        APPROVAL #
Data Source: CHIP
App Name/Label: US DEBIT
AID: A0000000980840
PIN Online Verified
REG #02 CSR #01 RECEIPT #763446
STR TRANS #306330
STORE #1479
DATE 07/03/2018   08:23
# OF ITEMS SOLD 2

*14793063300703l8*

Take a survey for a
chance to win $5000
at www.autozonecares.com
or by calling 1-800-598-8943.
No Purchase Necessary. Ends 08/31/18.
   Subject to Entry Periods.
   Subject to Full Official Rules
at www.autozonecares.com.
      Ref No:
1479-306330-180703-1

page 14

Clinton Strange

7021 Winburn Drive

Greenwood, LA 71033

U.S. District Clerk's Office

800 Franklin Ave., Room 380

Waco, TX   76701



1000

76701





U.S. POSTAGE PAID
FCM LG ENV
GREENWOOD, LA
71033
MAR 15, 19
AMOUNT

$1.60

R2305H128924-05