UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

CLINTON STRANGE §
        Plaintiff §
§
vs. § CIVIL ACTION NO. 6:18-CV-00180-ADA-JCM
§
§
GLOBAL VIRTUAL OPPORTUNITIES, INC. §
        Defendant §

## ABSTRACT OF JUDGMENT

I, JEANNETTE J. CLACK, CLERK, United States District Court for the Western District of Texas, DO HEREBY CERTIFY:

THAT, in the United States District Court for the Western District of Texas, Waco Division, in civil cause of action number, 6:18-CV-00180-ADA-JCM, styled Strange v. Global Virtual Opportunities, Inc., the said Plaintiff recovered judgment against the Defendant, $500.00 plus costs of suit and interest

THAT the judgment was rendered by this Court on the Fifth day of March, 20 19, in the amount of $500.00 with interest accruing thereon at the rate of Two and 55/100ths PERCENT (2.55 %) PER ANNUM, commencing from the Fifth day of March, 20 19, until paid, plus costs of suit.

THAT said judgment is entitled to the following credits: _____

WITNESS my official signature and the SEAL of this Court, in the city of Waco, State of Texas, this the ____4th____ day of ____April____, 20__19__.

true copy of the original, I certify,
Clerk U.S. District Court

By _____L Diaz_____
Deputy

(SEAL)

JEANNETTE J. CLACK, CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

By: _____L Diaz_____
Deputy Clerk